AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:18 MJ 54 |
| William Brewer | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___see below___ in the county of ___Tallahatchie___ in the ___Northern___ District of ___Mississippi___, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 846 | Conspiracy to distribute a controlled substance (June 2003 through June 12, 2018) |
| 18 U.S.C. § 1951 | Extortion and bribery in violation of the Hobbs Act (June 2003 through July, 26, 2018) |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin P. Niedzwecki, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 10, 2018

_____
*Judge's signature*

City and state: Oxford, Mississippi

Roy Percy, US Magistrate Judge
*Printed name and title*