# Attachment A

| ID | SERIAL | DATE |
|---|---|---|
| 03-HUNDRED-014 | AB22196927U | 7/26/2018 |
| 03-HUNDRED-007 | AB77189481Q | 7/26/2018 |
| 02-HUNDRED-004 | AL97533928C | 7/5/2018 |
| 03-TWENTY-020 | CH67862277A | 7/26/2018 |
| 01-TEN-062 | CL86575643A | 6/21/2018 |
| 03-HUNDRED-003 | DE33885623A | 7/26/2018 |
| 02-HUNDRED-002 | DL67510917A | 7/5/2018 |
| 01-TWENTY-066 | GF88081509C | 6/21/2018 |
| 03-TWENTY-016 | GH59116838A | 7/26/2018 |
| 01-TEN-083 | GK15591905A | 6/21/2018 |
| 01-TWENTY-099 | GL05385682A | 6/21/2018 |
| 03-HUNDRED-017 | HB01349906C | 7/26/2018 |
| 02-HUNDRED-001 | HB65944855F | 7/5/2018 |
| 01-HUNDRED-017 | HD50603314B | 6/21/2018 |
| 03-HUNDRED-013 | HD54456274B | 7/26/2018 |
| 01-TWENTY-072 | IA30925054A | 6/21/2018 |
| 01-TWENTY-067 | IA75033051B | 6/21/2018 |
| 01-TEN-066 | ID27473036A | 6/21/2018 |
| 01-TWENTY-047 | IE05783647D | 6/21/2018 |
| 01-TWENTY-076 | IE85765578D | 6/21/2018 |
| 03-TWENTY-002 | IF27104701G | 7/26/2018 |
| 03-TWENTY-013 | IG42069235C | 7/26/2018 |
| 02-TWENTY-017 | IG57454244E | 7/5/2018 |
| 01-TWENTY-091 | IG70043518D | 6/21/2018 |
| 03-TWENTY-011 | II79065182A | 7/26/2018 |
| 01-TEN-027 | IL37362442B | 6/21/2018 |
| 01-TWENTY-007 | IL40364783F | 6/21/2018 |
| 02-TWENTY-016 | IL52051111F | 7/5/2018 |
| 01-TEN-040 | JA51823030A | 6/21/2018 |
| 01-TWENTY-044 | JA76117565A | 6/21/2018 |
| 01-HUNDRED-020 | JB25305275C | 6/21/2018 |
| 01-TWENTY-005 | JB59888369C | 6/21/2018 |
| 02-TWENTY-008 | JB79978485F | 7/5/2018 |
| 01-TEN-038 | JB95193138B | 6/21/2018 |
| 01-TWENTY-079 | JC66469042C | 6/21/2018 |
| 01-TWENTY-040 | JC76332182B | 6/21/2018 |
| 01-TWENTY-010 | JC93027435B | 6/21/2018 |
| 01-TWENTY-042 | JC95670261C | 6/21/2018 |
| 01-TWENTY-089 | JD10591521C | 6/21/2018 |
| 01-TWENTY-021 | JD44885201A | 6/21/2018 |
| 01-HUNDRED-015 | JD87246607A | 6/21/2018 |
| 01-TWENTY-041 | JE14817207A | 6/21/2018 |
| 01-TWENTY-039 | JE39259498C | 6/21/2018 |

| | | |
|---|---|---|
| 01-TWENTY-030 | JE85992493F | 6/21/2018 |
| 01-TEN-043 | JF00691039C | 6/21/2018 |
| 01-HUNDRED-032 | JF25368135C | 6/21/2018 |
| 01-HUNDRED-016 | JF34743270B | 6/21/2018 |
| 01-TEN-075 | JF43583160B | 6/21/2018 |
| 01-TEN-041 | JG01378688* | 6/21/2018 |
| 01-TWENTY-043 | JG02562188C | 6/21/2018 |
| 01-HUNDRED-027 | JG60040612A | 6/21/2018 |
| 01-TEN-042 | JH04016002A | 6/21/2018 |
| 01-TWENTY-058 | JH39251435B | 6/21/2018 |
| 01-HUNDRED-003 | JH63393950A | 6/21/2018 |
| 01-HUNDRED-021 | JJ12082865A | 6/21/2018 |
| 01-HUNDRED-009 | JJ14928869A | 6/21/2018 |
| 01-TEN-077 | JJ42428412A | 6/21/2018 |
| 01-TWENTY-092 | JK00355910B | 6/21/2018 |
| 01-TWENTY-063 | JK09493430A | 6/21/2018 |
| 03-HUNDRED-010 | JK11387426B | 7/26/2018 |
| 01-TWENTY-033 | JK47074996C | 6/21/2018 |
| 01-HUNDRED-005 | JK52850881A | 6/21/2018 |
| 02-TWENTY-005 | JK52897452C | 7/5/2018 |
| 01-TWENTY-024 | JL32800572B | 6/21/2018 |
| 03-TWENTY-012 | JL36065473B | 7/26/2018 |
| 01-TEN-082 | JL39211714A | 6/21/2018 |
| 02-TWENTY-024 | JL80938763D | 7/5/2018 |
| 03-TWENTY-010 | JL92906643F | 7/26/2018 |
| 03-HUNDRED-005 | KG80785462A | 7/26/2018 |
| 01-HUNDRED-031 | KL11486439B | 6/21/2018 |
| 01-HUNDRED-013 | LB02839212S | 6/21/2018 |
| 03-HUNDRED-015 | LB03840481I | 7/26/2018 |
| 03-HUNDRED-016 | LB03840509I | 7/26/2018 |
| 03-HUNDRED-018 | LB03840511I | 7/26/2018 |
| 03-HUNDRED-004 | LB06953324T | 7/26/2018 |
| 01-HUNDRED-008 | LB12581981S | 6/21/2018 |
| 03-HUNDRED-019 | LB14365554J | 7/26/2018 |
| 01-HUNDRED-006 | LB23403906Q | 6/21/2018 |
| 01-HUNDRED-001 | LB38126989K | 6/21/2018 |
| 01-HUNDRED-019 | LB39391010S | 6/21/2018 |
| 03-HUNDRED-006 | LB66827555M | 7/26/2018 |
| 03-HUNDRED-011 | LB80852089G | 7/26/2018 |
| 01-HUNDRED-033 | LB81804656B | 6/21/2018 |
| 01-HUNDRED-034 | LB91536920U | 6/21/2018 |
| 03-HUNDRED-001 | LF42747308D | 7/26/2018 |
| 01-HUNDRED-022 | LG26336145E | 6/21/2018 |
| 01-HUNDRED-025 | LG40119462D | 6/21/2018 |

| 01-HUNDRED-018 | LH01566110B | 6/21/2018 |
|---|---|---|
| 01-HUNDRED-028 | LH68437857A | 6/21/2018 |
| 03-HUNDRED-009 | LI03645642A | 7/26/2018 |
| 01-HUNDRED-010 | LI17919249B | 6/21/2018 |
| 01-HUNDRED-012 | LK06017843D | 6/21/2018 |
| 01-HUNDRED-026 | LK16139314C | 6/21/2018 |
| 03-HUNDRED-002 | LK21265598C | 7/26/2018 |
| 03-HUNDRED-020 | LK60182445A | 7/26/2018 |
| 01-HUNDRED-023 | LK80115878A | 6/21/2018 |
| 02-HUNDRED-003 | LK88534810B | 7/5/2018 |
| 01-HUNDRED-002 | LL37221153B | 6/21/2018 |
| 01-HUNDRED-011 | LL51144759E | 6/21/2018 |
| 01-HUNDRED-007 | LL53258005D | 6/21/2018 |
| 01-HUNDRED-004 | LL57550891G | 6/21/2018 |
| 01-TWENTY-075 | MA18305687B | 6/21/2018 |
| 01-TEN-096 | MA70811608A | 6/21/2018 |
| 02-TWENTY-011 | MA86689973A | 7/5/2018 |
| 03-TWENTY-017 | MA91843681B | 7/26/2018 |
| 03-HUNDRED-012 | MB02059119D | 7/26/2018 |
| 02-TWENTY-014 | MB06967825C | 7/5/2018 |
| 01-TEN-015 | MB07881113B | 6/21/2018 |
| 01-TEN-025 | MB10392533A | 6/21/2018 |
| 01-TEN-039 | MB16538222C | 6/21/2018 |
| 01-HUNDRED-024 | MB19118836H | 6/21/2018 |
| 01-TEN-063 | MB20521518C | 6/21/2018 |
| 01-TEN-013 | MB25947092D | 6/21/2018 |
| 01-TWENTY-020 | MB26879325C | 6/21/2018 |
| 01-HUNDRED-030 | MB29211464F | 6/21/2018 |
| 01-TEN-044 | MB33568852A | 6/21/2018 |
| 01-HUNDRED-014 | MB35365485C | 6/21/2018 |
| 01-TWENTY-082 | MB38368861J | 6/21/2018 |
| 01-TEN-078 | MB46967723D | 6/21/2018 |
| 01-TEN-030 | MB51475360D | 6/21/2018 |
| 01-TWENTY-028 | MB56644700G | 6/21/2018 |
| 01-TEN-009 | MB64121448A | 6/21/2018 |
| 03-TWENTY-003 | MB73735005G | 7/26/2018 |
| 01-TWENTY-037 | MB75498215A | 6/21/2018 |
| 01-TEN-006 | MB77710180C | 6/21/2018 |
| 01-TEN-060 | MB77928517C | 6/21/2018 |
| 01-TEN-055 | MB80983450B | 6/21/2018 |
| 01-HUNDRED-029 | MB81161051H | 6/21/2018 |
| 02-HUNDRED-005 | MB81452902H | 7/5/2018 |
| 03-HUNDRED-008 | MB81547824H | 7/26/2018 |
| 01-TEN-053 | MB81857870C | 6/21/2018 |

| 01-TWENTY-056 | MB94724950B | 6/21/2018 |
|---|---|---|
| 01-TEN-036 | MB94738390B | 6/21/2018 |
| 01-TEN-054 | MC36766299A | 6/21/2018 |
| 01-TEN-087 | MC36813718A | 6/21/2018 |
| 01-TWENTY-014 | MC58563070A | 6/21/2018 |
| 01-TEN-057 | MC64436137A | 6/21/2018 |
| 01-TEN-003 | MC67071278A | 6/21/2018 |
| 01-TEN-012 | MC68028920A | 6/21/2018 |
| 01-TWENTY-035 | MC93967333C | 6/21/2018 |
| 01-TEN-089 | MD00501828A | 6/21/2018 |
| 01-TWENTY-054 | MD04910242B | 6/21/2018 |
| 01-TEN-079 | MD16249964A | 6/21/2018 |
| 01-TEN-023 | MD20054781A | 6/21/2018 |
| 01-TEN-076 | MD41406784B | 6/21/2018 |
| 01-TEN-084 | MD48818411B | 6/21/2018 |
| 01-TEN-007 | MD48834639B | 6/21/2018 |
| 01-TEN-022 | MD48939825B | 6/21/2018 |
| 01-TEN-029 | MD48961710B | 6/21/2018 |
| 01-TEN-021 | MD49992805B | 6/21/2018 |
| 01-TEN-085 | MD50237962B | 6/21/2018 |
| 02-TWENTY-023 | MD58536901A | 7/5/2018 |
| 03-TWENTY-001 | ME00191308* | 7/26/2018 |
| 01-TEN-010 | ME05686702B | 6/21/2018 |
| 01-TEN-098 | ME14126534A | 6/21/2018 |
| 01-TEN-073 | ME16785761B | 6/21/2018 |
| 01-TWENTY-086 | ME19499337D | 6/21/2018 |
| 01-TWENTY-100 | ME27534627G | 6/21/2018 |
| 03-TWENTY-021 | ME28624991D | 7/26/2018 |
| 01-TEN-016 | ME60777429A | 6/21/2018 |
| 01-TEN-017 | ME90167139A | 6/21/2018 |
| 01-TEN-068 | ME91931675A | 6/21/2018 |
| 01-TEN-004 | MF00548138C | 6/21/2018 |
| 01-TEN-008 | MF00895879E | 6/21/2018 |
| 01-TEN-100 | MF02969014B | 6/21/2018 |
| 01-TEN-099 | MF04725092B | 6/21/2018 |
| 01-TWENTY-073 | MF12016775D | 6/21/2018 |
| 01-TWENTY-011 | MF13425842B | 6/21/2018 |
| 01-TEN-061 | MF15891044C | 6/21/2018 |
| 01-TEN-064 | MF29410882A | 6/21/2018 |
| 01-TWENTY-094 | MF37192738C | 6/21/2018 |
| 01-TWENTY-052 | MF37256065C | 6/21/2018 |
| 01-TEN-032 | MF37408544B | 6/21/2018 |
| 01-TWENTY-038 | MF38253620C | 6/21/2018 |
| 01-TEN-088 | MF39377647B | 6/21/2018 |

| 01-TWENTY-080 | MF43043480C | 6/21/2018 |
|---|---|---|
| 01-TEN-014 | MF45781101B | 6/21/2018 |
| 01-TEN-069 | MF49249297C | 6/21/2018 |
| 01-TWENTY-015 | MF49306923B | 6/21/2018 |
| 01-TWENTY-071 | MF49889259C | 6/21/2018 |
| 01-TWENTY-012 | MF60189990B | 6/21/2018 |
| 01-TEN-070 | MF61369146D | 6/21/2018 |
| 01-TEN-080 | MF72866739A | 6/21/2018 |
| 01-TEN-059 | MF84721499A | 6/21/2018 |
| 01-TWENTY-077 | MF86458347C | 6/21/2018 |
| 01-TEN-031 | MF95412309D | 6/21/2018 |
| 01-TEN-037 | MG00342799C | 6/21/2018 |
| 01-TEN-028 | MG00456968C | 6/21/2018 |
| 01-TWENTY-103 | MG03770356A | 6/21/2018 |
| 03-TWENTY-004 | MG10135017D | 7/26/2018 |
| 02-TWENTY-001 | MG25579147C | 7/5/2018 |
| 01-TEN-035 | MG25807975A | 6/21/2018 |
| 01-TEN-001 | MG27213550B | 6/21/2018 |
| 01-TEN-005 | MG41438795B | 6/21/2018 |
| 03-TWENTY-014 | MG49099212E | 7/26/2018 |
| 01-TWENTY-013 | MG51867007C | 6/21/2018 |
| 01-TEN-046 | MG54752426A | 6/21/2018 |
| 01-TEN-056 | MG64767595A | 6/21/2018 |
| 02-TWENTY-021 | MG89721918B | 7/5/2018 |
| 01-TWENTY-017 | MH [Partially obscured] | 6/21/2018 |
| 01-TWENTY-027 | MH02542125C | 6/21/2018 |
| 01-TWENTY-062 | MH02542127C | 6/21/2018 |
| 01-TWENTY-023 | MH02542199C | 6/21/2018 |
| 01-TWENTY-022 | MH19885249B | 6/21/2018 |
| 01-TWENTY-029 | MH21176846B | 6/21/2018 |
| 02-TWENTY-006 | MH22139784B | 7/5/2018 |
| 02-TWENTY-007 | MH22535256B | 7/5/2018 |
| 01-TEN-020 | MH28095489A | 6/21/2018 |
| 03-TWENTY-015 | MH29058916B | 7/26/2018 |
| 01-TWENTY-061 | MH29219567B | 6/21/2018 |
| 01-TEN-034 | MH29688798A | 6/21/2018 |
| 01-TEN-074 | MH30462837A | 6/21/2018 |
| 01-TEN-011 | MH30522453A | 6/21/2018 |
| 01-TWENTY-068 | MH43435633A | 6/21/2018 |
| 01-TEN-002 | MH49285366A | 6/21/2018 |
| 01-TEN-019 | MH49392925A | 6/21/2018 |
| 01-TEN-093 | MH50724781A | 6/21/2018 |
| 01-TEN-018 | MH50757382A | 6/21/2018 |
| 01-TEN-094 | MH50919306A | 6/21/2018 |

| 01-TEN-086 | MH51119044A | 6/21/2018 |
|---|---|---|
| 01-TEN-072 | MH51288866A | 6/21/2018 |
| 01-TEN-049 | MH51548817A | 6/21/2018 |
| 01-TEN-065 | MH51584087A | 6/21/2018 |
| 01-TWENTY-065 | MH59510542B | 6/21/2018 |
| 01-TEN-045 | MH65476222A | 6/21/2018 |
| 01-TEN-026 | MH65663706A | 6/21/2018 |
| 01-TEN-024 | MH66094096A | 6/21/2018 |
| 01-TEN-091 | MH66202515A | 6/21/2018 |
| 01-TEN-048 | MH66394488A | 6/21/2018 |
| 01-TWENTY-078 | MH68774978B | 6/21/2018 |
| 02-TWENTY-013 | MH70859946B | 7/5/2018 |
| 02-TWENTY-010 | MH79205358B | 7/5/2018 |
| 02-TWENTY-025 | MH79634520B | 7/5/2018 |
| 01-TWENTY-064 | MH83852965B | 6/21/2018 |
| 01-TWENTY-102 | MH84045092B | 6/21/2018 |
| 02-TWENTY-003 | MH85650714B | 7/5/2018 |
| 01-TWENTY-001 | MH85815395B | 6/21/2018 |
| 01-TWENTY-085 | MH85821392B | 6/21/2018 |
| 01-TWENTY-096 | MH85822216B | 6/21/2018 |
| 01-TWENTY-101 | MH85823824B | 6/21/2018 |
| 01-TWENTY-084 | MH86368105B | 6/21/2018 |
| 01-TWENTY-098 | MH86368500B | 6/21/2018 |
| 01-TWENTY-090 | MH86382296B | 6/21/2018 |
| 01-TWENTY-032 | MH87004372B | 6/21/2018 |
| 02-TWENTY-019 | MH87429249B | 7/5/2018 |
| 03-TWENTY-018 | MH93531363B | 7/26/2018 |
| 02-TWENTY-009 | MI22941258A | 7/5/2018 |
| 03-TWENTY-009 | MJ36068664A | 7/26/2018 |
| 01-TWENTY-003 | MJ46359777A | 6/21/2018 |
| 02-TWENTY-020 | MJ87804710A | 7/5/2018 |
| 01-TWENTY-006 | MK08541898E | 6/21/2018 |
| 01-TWENTY-045 | MK12063790E | 6/21/2018 |
| 03-TWENTY-019 | MK17917785D | 7/26/2018 |
| 01-TWENTY-055 | MK24326480E | 6/21/2018 |
| 03-TWENTY-022 | MK24394085E | 7/26/2018 |
| 01-TWENTY-034 | MK39829426D | 6/21/2018 |
| 02-TWENTY-022 | MK46477312E | 7/5/2018 |
| 01-TWENTY-081 | MK54302750E | 6/21/2018 |
| 01-TWENTY-002 | MK55641042E | 6/21/2018 |
| 01-TWENTY-009 | MK60571088A | 6/21/2018 |
| 01-TEN-067 | MK63127605A | 6/21/2018 |
| 01-TWENTY-036 | MK65976891F | 6/21/2018 |
| 01-TEN-071 | MK67811269A | 6/21/2018 |

| | | |
|---|---|---|
| 01-TEN-095 | MK75358491A | 6/21/2018 |
| 01-TWENTY-105 | MK80399822A | 6/21/2018 |
| 03-TWENTY-006 | MK93051688E | 7/26/2018 |
| 01-TEN-052 | ML00713263A | 6/21/2018 |
| 01-TEN-092 | ML02275689* | 6/21/2018 |
| 01-TEN-097 | ML03431027A | 6/21/2018 |
| 01-TWENTY-097 | ML06683391N | 6/21/2018 |
| 01-TEN-047 | ML07462027B | 6/21/2018 |
| 01-TEN-033 | ML07537126B | 6/21/2018 |
| 01-TWENTY-031 | ML07859906D | 6/21/2018 |
| 01-TWENTY-074 | ML08114229M | 6/21/2018 |
| 01-TWENTY-057 | ML09115515M | 6/21/2018 |
| 01-TWENTY-053 | ML10829609N | 6/21/2018 |
| 01-TWENTY-083 | ML12412411K | 6/21/2018 |
| 01-TWENTY-069 | ML13206468E | 6/21/2018 |
| 01-TEN-050 | ML13800427A | 6/21/2018 |
| 01-TWENTY-060 | ML16993018H | 6/21/2018 |
| 01-TEN-058 | ML18169644B | 6/21/2018 |
| 02-TWENTY-002 | ML19527596N | 7/5/2018 |
| 01-TWENTY-048 | ML20994749N | 6/21/2018 |
| 02-TWENTY-018 | ML21488908N | 7/5/2018 |
| 02-TWENTY-012 | ML24188627J | 7/5/2018 |
| 01-TWENTY-019 | ML29588502N | 6/21/2018 |
| 01-TWENTY-095 | ML30337715B | 6/21/2018 |
| 03-TWENTY-024 | ML40085788G | 7/26/2018 |
| 03-TWENTY-005 | ML41856144H | 7/26/2018 |
| 03-TWENTY-007 | ML42636846M | 7/26/2018 |
| 01-TWENTY-088 | ML42848349M | 6/21/2018 |
| 01-TWENTY-046 | ML42863260F | 6/21/2018 |
| 01-TEN-090 | ML44084306A | 6/21/2018 |
| 01-TWENTY-026 | ML51253875L | 6/21/2018 |
| 01-TEN-051 | ML56947079B | 6/21/2018 |
| 01-TEN-081 | ML57716192A | 6/21/2018 |
| 01-TWENTY-070 | ML57848755K | 6/21/2018 |
| 01-TWENTY-008 | ML58005410L | 6/21/2018 |
| 03-TWENTY-025 | ML61914721M | 7/26/2018 |
| 03-TWENTY-008 | ML65769605G | 7/26/2018 |
| 01-TWENTY-104 | ML67571163M | 6/21/2018 |
| 01-TWENTY-018 | ML71457433K | 6/21/2018 |
| 01-TWENTY-087 | ML72791395K | 6/21/2018 |
| 01-TWENTY-059 | ML74339085C | 6/21/2018 |
| 01-TWENTY-025 | ML75079582M | 6/21/2018 |
| 01-TWENTY-050 | ML77185207M | 6/21/2018 |
| 03-TWENTY-023 | ML80299743M | 7/26/2018 |

| 01-TWENTY-093 | ML82400009M | 6/21/2018 |
|---------------|-------------|-----------|
| 01-TWENTY-051 | ML83625631I | 6/21/2018 |
| 01-TWENTY-016 | ML88419818M | 6/21/2018 |
| 02-TWENTY-015 | ML91242673K | 7/5/2018  |
| 01-TWENTY-004 | ML91915204M | 6/21/2018 |
| 01-TWENTY-049 | ML93274748K | 6/21/2018 |
| 02-TWENTY-004 | ML95869535J | 7/5/2018  |
|               |             |           |

# Attachment B







Qualcomm
snapdragon







**LEARN MORE**
**ABOUT THIS PHONE**
TEXT **LGL158VL**
TO **611611**.

By texting keywords to
611611 you are consenting
to receive response messages.



Download the free
**Straight Talk**
**My Account App**
to check your balance
or add a plan.







## Serial Numbers for $6500 Payment to BREWER on 6/21/2018

| TEN | TWENTY | HUNDRED |
|-----|--------|---------|
| CL86575643A | GF88081509C | HD50603314B |
| GK15591905A | GL05385682A | JB25305275C |
| ID27473036A | IA30925054A | JD87246607A |
| IL37362442B | IA75033051B | JF25368135C |
| JA51823030A | IE05783647D | JF34743270B |
| JB95193138B | IE85765578D | JG60040612A |
| JF00691039C | IG70043518D | JH63393950A |
| JF43583160B | IL40364783F | JJ12082865A |
| JG01378688* | JA76117565A | JJ14928869A |
| JH04016002A | JB59888369C | JK52850881A |
| JJ42428412A | JC66469042C | KL11486439B |
| JL39211714A | JC76332182B | LB02839212S |
| MA70811608A | JC93027435B | LB12581981S |
| MB07881113B | JC95670261C | LB23403906Q |
| MB10392533A | JD10591521C | LB38126989K |
| MB16538222C | JD44885201A | LB39391010S |
| MB20521518C | JE14817207A | LB81804656B |
| MB25947092D | JE39259498C | LB91536920U |
| MB33568852A | JE85992493F | LG26336145E |
| MB46967723D | JG02562188C | LG40119462D |
| MB51475360D | JH39251435B | LH01566110B |
| MB64121448A | JK00355910B | LH68437857A |
| MB77710180C | JK09493430A | LI17919249B |
| MB77928517C | JK47074996C | LK06017843D |
| MB80983450B | JL32800572B | LK16139314C |
| MB81857870C | MA18305687B | LK80115878A |
| MB94738390B | MB26879325C | LL37221153B |
| MC36766299A | MB38368861J | LL51144759E |
| MC36813718A | MB56644700G | LL53258005D |
| MC64436137A | MB75498215A | LL57550891G |
| MC67071278A | MB94724950B | MB19118836H |
| MC68028920A | MC58563070A | MB29211464F |
| MD00501828A | MC93967333C | MB35365485C |
| MD16249964A | MD04910242B | MB81161051H |
| MD20054781A | ME19499337D | |
| MD41406784B | ME27534627G | |
| MD48818411B | MF12016775D | |
| MD48834639B | MF13425842B | |
| MD48939825B | MF37192738C | |
| MD48961710B | MF37256065C | |
| MD49992805B | MF38253620C | |

## Serial Numbers for $6500 Payment to BREWER on 6/21/2018

| TEN | TWENTY | HUNDRED |
|---|---|---|
| MD50237962B | MF43043480C | |
| ME05686702B | MF49306923B | |
| ME14126534A | MF49889259C | |
| ME16785761B | MF60189990B | |
| ME60777429A | MF86458347C | |
| ME90167139A | MG03770356A | |
| ME91931675A | MG51867007C | |
| MF00548138C | MH02542125C | |
| MF00895879E | MH02542127C | |
| MF02969014B | MH02542199C | |
| MF04725092B | MH19885249B | |
| MF15891044C | MH21176846B | |
| MF29410882A | MH29219567B | |
| MF37408544B | MH43435633A | |
| MF39377647B | MH59510542B | |
| MF45781101B | MH68774978B | |
| MF49249297C | MH83852965B | |
| MF61369146D | MH84045092B | |
| MF72866739A | MH85815395B | |
| MF84721499A | MH85821392B | |
| MF95412309D | MH85822216B | |
| MG00342799C | MH85823824B | |
| MG00456968C | MH86368105B | |
| MG25807975A | MH86368500B | |
| MG27213550B | MH86382296B | |
| MG41438795B | MH87004372B | |
| MG54752426A | MJ46359777A | |
| MG64767595A | MK08541898E | |
| MH28095489A | MK12063790E | |
| MH29688798A | MK24326480E | |
| MH30462837A | MK39829426D | |
| MH30522453A | MK54302750E | |
| MH49285366A | MK55641042E | |
| MH49392925A | MK60571088A | |
| MH50724781A | MK65976891F | |
| MH50757382A | MK80399822A | |
| MH50919306A | ML06683391N | |
| MH51119044A | ML07859906D | |
| MH51288866A | ML08114229M | |
| MH51548817A | ML09115515M | |
| MH51584087A | ML10829609N | |

Serial Numbers for $6500 Payment to BREWER on 6/21/2018

| **TEN** | **TWENTY** | **HUNDRED** |
|---|---|---|
| MH65476222A | ML12412411K | |
| MH65663706A | ML13206468E | |
| MH66094096A | ML16993018H | |
| MH66202515A | ML20994749N | |
| MH66394488A | ML29588502N | |
| MK63127605A | ML30337715B | |
| MK67811269A | ML42848349M | |
| MK75358491A | ML42863260F | |
| ML00713263A | ML51253875L | |
| ML02275689* | ML57848755K | |
| ML03431027A | ML58005410L | |
| ML07462027B | ML67571163M | |
| ML07537126B | ML71457433K | |
| ML13800427A | ML72791395K | |
| ML18169644B | ML74339085C | |
| ML44084306A | ML75079582M | |
| ML56947079B | ML77185207M | |
| ML57716192A | ML82400009M | |
| | ML83625631I | |
| | ML88419818M | |
| | ML91915204M | |
| | ML93274748K | |
| | MH [Partially obscured] | |

# Attachment C



Google







# Attachment D

## Serial Numbers for $1000 Payment to BREWER on 7/5/2018

| **TWENTY** | **HUNDRED** |
|---|---|
| IG57454244E | AL97533928C |
| IL52051111F | DL67510917A |
| JB79978485F | HB65944855F |
| JK52897452C | LK88534810B |
| JL80938763D | MB81452902H |
| MA86689973A | |
| MB06967825C | |
| MD58536901A | |
| MG25579147C | |
| MG89721918B | |
| MH22139784B | |
| MH22535256B | |
| MH70859946B | |
| MH79205358B | |
| MH79634520B | |
| MH85650714B | |
| MH87429249B | |
| MI22941258A | |
| MJ87804710A | |
| MK46477312E | |
| ML19527596N | |
| ML21488908N | |
| ML24188627J | |
| ML91242673K | |
| ML95869535J | |

# Attachment E





Serial Numbers for $2500 Payment to BREWER on 7/26/2018

| TWENTY | HUNDRED |
|---|---|
| CH67862277A | AB22196927U |
| GH59116838A | AB77189481Q |
| IF27104701G | DE33885623A |
| IG42069235C | HB01349906C |
| II79065182A | HD54456274B |
| JL36065473B | JK11387426B |
| JL92906643F | KG80785462A |
| MA91843681B | LB03840481I |
| MB73735005G | LB03840509I |
| ME00191308* | LB03840511I |
| ME28624991D | LB06953324T |
| MG10135017D | LB14365554J |
| MG49099212E | LB66827555M |
| MH29058916B | LB80852089G |
| MH93531363B | LF42747308D |
| MJ36068664A | LI03645642A |
| MK17917785D | LK21265598C |
| MK24394085E | LK60182445A |
| MK93051688E | MB02059119D |
| ML40085788G | MB81547824H |
| ML41856144H | |
| ML42636846M | |
| ML61914721M | |
| ML65769605G | |
| ML80299743M | |

## ATTACHMENT F

### ITEMS TO BE SEIZED

U.S. currency, financial instruments, precious metals, jewelry, safes and other items of value and/or the proceeds of drug transactions and the other illegal activity described herein, including those bills identified in Attachments A, B, D, and E above;

The cellular telephone box described in paragraph 9 above, photographs of which are set forth in Attachment B above;

Any file pertaining to the Confidential Human Source referenced herein, whose name is being withheld from this affidavit at this time;

All bank statements, loan applications, money drafts, letters of credit, money orders, cashier checks, bank checks, safety deposit box keys, vault key, and/or documents relating to banking activities and other financial transactions, including, but not limited to, the purchase of real estate, vehicles, and other assets and documents showing ownership of real estate, vehicles, and other assets, or any other financial records reflecting transactions involving the proceeds of the illegal activity described herein;

Any and all safes (both portable and affixed) and/or personal security lock boxes or containers of the size that may contain controlled substances, currency and/or files and the contents of any such safes;

Any electronic surveillance devices and electronic storage media that are believed to contain information and data related to the electronic surveillance devices;

Any and all controlled substances;

Any other evidence related to violations of Title 21 U.S.C. § 846 and Title 18 U.S.C. § 1951.