UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CRIMINAL MINUTES

**CASE NO. 3:18-mj-54**  **PLACE HELD: OXFORD**

**UNITED STATES OF AMERICA V. WILLIAM BREWER**

**DATE & TIME BEGUN: 8/10/18 @ 1:31 PM**

**DATE & TIME ENDED: 8/10/18 @ 1:36 PM**

**TOTAL TIME: 5 min**

**PRESENT: HONORABLE ROY PERCY, MAGISTRATE JUDGE**

| | |
|---|---|
| Catherine Servati | Digital Recording |
| Deputy Clerk | Court Reporter |

| **ATTORNEY(S) FOR GOVERNMENT:** | **ATTORNEY FOR DEFENDANT:** |
|---|---|
| Robert Mims | Brad Daigneault |

**PROCEEDINGS: Initial Appearance**

**ENTRY TO BE MADE ON DOCKET:**
Hearing held. USA requested detention. USA requested that Affidavit remain sealed until preliminary hearing. Defendant did not object. Request granted. Defendant was remanded to the custody of the US Marshal pending the preliminary hearing and detention hearing set for Tuesday, August 14, 2018 at 10:00 AM before Judge Percy in Oxford, MS. Court adjourned.

**DAVID CREWS, CLERK**

/s/ Catherine Servati
Courtroom Deputy