AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
AUG 10 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>William Brewer<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  3:18 MJ 54 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     William Brewer

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846     Conspiracy to distribute a controlled substance
18 U.S.C. § 1951     Extortion and bribery in violation of the Hobbs Act

Date: **August 10, 2018**

_____
*Issuing officer's signature*

City and state:     Oxford, Mississippi

Justin P. Niedzwecki, Special Agent FBI
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  8-10-2018, and the person was arrested on *(date)*  8-10-2018
at *(city and state)*  OXFORD, MISSISSIPPI

Date:  8-10-2018

_____
*Arresting officer's signature*

SA JUSTIN NIEDZWECKI
*Printed name and title*